IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| KATHLEEN HELLE ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> INTERNATIONAL COLLECTION ) <br> AGENCY, L. L. C., and KEN DOE, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 3:11-CV-521 <br> **District Judge Varlan** <br> **Magistrate Judge Guyton** <br> <br> Jury Trial Demanded |

### STIPULATION OF DISMISSAL WITH PREJUDICE
### AS TO ALL DEFENDANTS

**IT IS HEREBY STIPULATED AND AGREED** to by the Plaintiff and Defendants International Collection Agency, L.L.C., and Ken Doe ("Defendants"), by and through their attorneys, that the above-entitled action shall be and hereby is dismissed with prejudice as to all Defendants, on the merits, without costs, or disbursements, or attorneys' fees to any party and that an order of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

Respectfully submitted this 6th day of February, 2012.

Attorney for Plaintiff

/s/ Alan C. Lee
Alan C. Lee, Esq., BPR #012700
PO Box 1357
Talbott, TN 37877-1357
(423) 736-0201
info@alanlee.com

Attorneys for Defendants

WOOLF, MCCLANE, BRIGHT, ALLEN & CARPENTER, PLLC


/s/     J. Calvin Ward
J. Calvin Ward, Esq., BPR# 024778
PO Box 900
Knoxville, TN 37901-0900
(865) 215-1000
wardc@wmbac.com


**CERTIFICATE OF SERVICE**

    I hereby certify that on February 6, 2012, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic case filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic case filing system.


/s/      Alan C. Lee
Alan C. Lee, Esq.
Attorney for Plaintiff